JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BCBG IP HOLDINGS LP, *et al.*, <br><br> Defendants. | Case No.: 2:21-cv-05952-AB (JEMx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised by counsel that the above-entitled action has been settled. It is therefore **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days,** to re-open the action if settlement is not consummated. The Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: January 18, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.