JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC. d/b/a "Fiesta Fabric," a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCBG IP HOLDINGS LP, a Delaware Corporation ; ZAPPOS.COM LLC, individually and d/b/a "6PM.COM," a Delaware limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case 2:21-cv-05952-AB (JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Dated: March 8, 2022

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE